**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 5 2025

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **vs.** | § | **CRIMINAL NO.** |
| **JOSE LUIS ROSALES III** | § | |

NATHAN OCHSNER
CLERK OF COURT

B - 25 - 590

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

On or about July 09, 2025, in the Southern District of Texas, Defendant,

**JOSE LUIS ROSALES III,**

did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with

Oscar J. Garcia, a United States Border Patrol Agent, while Oscar J. Garcia was engaged

in the performance of his official duties, and the commission of such acts involved physical

contact with Oscar J. Garcia.

In violation of Title 18, United States Code, Sections 111(a)(1).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

_____
JOSE ARREOLA
Assistant United States Attorney