United States District Court
Southern District of Texas
**ENTERED**
August 06, 2025
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | **GRAND JURY NO. # 1** |
| JOSE LUIS ROSALES, III. | § | |

**B-25-590**

RECD USMS BROWNSVILLE
AUG 5 2025 PM4:1

### ORDER FOR ISSUANCE OF BENCH WARRANT
### AND SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the defendant(s) listed below, it is hereby

ORDERED that a warrant be issued for the arrest of the defendant(s) and bail is hereby fixed in the amount(s) shown below, returnable instanter to the Brownsville Division of this Court, such bail to be taken by a United States Magistrate Judge.

| Defendant | Amount of Bail |
|---|---|
| **JOSE LUIS ROSALES, III.** | **NO BOND** |

ENTERED at Brownsville, Texas, this the _5th_ day of August 2025.

_____
UNITED STATES MAGISTRATE JUDGE