## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CRIMINAL NO.   B-25-590 |
| JOSE LUIS ROSALES III | § | |

### CONSENT TO ADMINISTRATION OF GUILTY PLEA
### AND FED. R. CRIM. PROC. 11 ALLOCUTION
### BY UNITED STATES MAGISTRATE JUDGE

I, <u>JOSE LUIS ROSALES III</u>, the defendant in the above-numbered and styled cause, with the advice of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge.  I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED the ____22nd____ day of ____August____, 2025.

X _____
JOSE LUIS ROSALES III
Defendant

_____
Attorney for Defendant
Ángel O. Olivo-García

_____
Assistant United States Attorney
Jose Arreola