IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA

V.                                                          CR. NO. B-25-0590-001

JOSE LUIS ROSALES III

DEFENDANT'S NO OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT

COMES NOW, JOSE LUIS ROSALES III, defendant and hereby notifies the Court, the United States Probation Office, and the Government that defendant does not object to the Presentence Investigation Report.

Respectfully submitted,

PHILIP G. GALLAGHER
Federal Public Defender
Southern District of Texas No. 566458
New Jersey State Bar No. 2320341

By: /s/ Ángel O. Olivo-García
ÁNGEL O. OLIVO-GARCÍA
Assistant Federal Public Defender
Attorney in Charge
Texas State Bar No. 24110699
Southern District of Texas No. 3352011
600 E. Harrison Street, #102
Brownsville, Texas 78520
Telephone: (956) 548-2573
Fax: (956) 548-2674

JOSE LUIS ROSALES III
Defendant

CERTIFICATE OF SERVICE

I, Ángel O. Olivo-García, certify that on the 20th day of October, 2025, a copy of the foregoing No Objections to the Presentence Investigation Report was served by Notification of Electronic Filing to the office of United States Probation Officer Esmeralda Hernandez, 600 E. Harrison Street, #103, Brownsville, Texas 78520, and to Assistant United States Attorney Jose Enrique Arreola Jr., 600 E. Harrison Street, #201, Brownsville, Texas 78520.

/s/ Ángel O. Olivo-García
ÁNGEL O. OLIVO-GARCÍA
Assistant Federal Public Defender