United States District Court
Southern District of Texas
**ENTERED**
November 25, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:25-CR-00590-001 |
| | § | |
| JOSE LUIS ROSALES, III | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

No objection has been received to the Report and Recommendation filed by the United States Magistrate Judge, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

Signed on November 25, 2025.

_____
Rolando Olvera
United States District Judge